1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                           **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,              )
                                           )
9                  Plaintiff,              )
                                           )
10         v.                              )          2:10-CR-287-GMN-(VCF)
                                           )
11  JASON KELLOW,                          )
                                           )
12  _____  )
                       Defendant.

13

14                         **ORDER OF FORFEITURE**

15         This Court found on August 9, 2010, that JASON KELLOW shall pay a criminal forfeiture

16  money judgment of $731,374.07 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1)

17  and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

18  2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section

19  853(p). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 34; Plea Memorandum,

20  ECF No. 35; Order of Forfeiture, ECF No. 37.

21         THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

22  States recover from JASON KELLOW a criminal forfeiture money judgment in the amount of

23  $731,374.07 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

24  . . .

25  . . .

26  . . .

1   United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18,

2   United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

3         **DATED** this 2nd day of April, 2013.

Gloria M. Navarro
United States District Judge