1  STEVEN W. MYHRE
   Acting United States Attorney
2  District of Nevada

3  MARK E. WOOLF
   Assistant United States Attorney
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  Telephone: 702-388-6336
   Email: *Mark.Woolf@usdoj.gov*
6  Attorneys for the United States.

7              **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF NEVADA**

9  UNITED STATES OF AMERICA,           )
                                        )    Case No. 2:10-cr-00287-GMN-VCF
10            Plaintiff,                )
                                        )    **JOINT MOTION VACATING**
11        v.                            )    **JUDGMENT DEBTOR EXAMINATION**
                                        )    **OF DEFENDANT JASON KELLOW**
12  JASON KELLOW,                       )    **SCHEDULED FOR OCTOBER 11, 2017**
                                        )
13            Defendant.                )
    _____)
14

15        The United States of America and Defendant Jason Kellow, through their undersigned

16  counsel, jointly move for an order vacating the Judgement Debtor Examination currently

17  scheduled for October 11, 2017. *See* ECF No. 341. The parties have conferred and believe they

18  can resolve this matter without a formal debtor examination at this time.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                            1

Neither party waives any rights or remedies that may be available regarding collection on the underlying judgment, including, but not limited to, requesting additional court-ordered debtor examinations if necessary.

Respectfully submitted this 12th day of September 2017.

STEVEN W. MYHRE                           SHAWN R. PEREZ
Acting United States Attorney              Law Office of Shawn R. Perez


*/s/ Mark E. Woolf*
_____                    _____
MARK E. WOOLF                              Shawn R. Perez
Assistant United States Attorney           Counsel for Defendant


IT IS SO ORDERED:

_____
Cam Ferenbach
United States Magistrate Judge

Dated: _____9/13/2017_____